■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARILD GONZALEZ, Appellant. [931 NYS2d 507]—

This appeal is moot because Supreme Court has granted defendant's renewed motion for resentencing.

Motion to dismiss appeal granted. Concur—Saxe, J.P., Friedman, Acosta, DeGrasse and Abdus-Salaam, JJ.